# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Tampa Bay Water <br><br> *Plaintiff(s)* <br> v. <br> E.I. Dupont de Nemours and Company <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2;20-cv-1867-RMG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* E.I. Dupont de Nemours and Company
Service via email: dupontchemoursservice@shb.com, mrushton@shb.com and mfwilliams@shb.com

SEE ATTACHED LIST FOR ADDITIONAL DEFENDANTS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: T. Roe Frazer
FRAZER PLC
30 Burton Hills Blvd, Ste 450
Nashville TN 37215
615.647.6464    roe@frazer.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: 05/15/2020

s/S. Shealy
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2;20-cv-1867-RMG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Dupont de Nemours, Inc. (f/k/a Dowdupont, Inc.)**
Service via email: kat.hacker@bartlitbeck.com

**Corteva, Inc.**
Service via email: kat.hacker@bartlitbeck.com

**The Chemours Company**
Service via email: dupontchemourservice@shb.com, mrushton@shb.com and mfwilliams@shb.com

**The Chemours Company FC, LLC**
Service via email: dupontchemoursservice@shb.com, mrushton@shb.com and mfwilliams@shb.com

**The 3M Company (f/k/a Minnesota Mining and Manufacturing, Co.**
Service via email: 3M_Service_AFFF_MDL@duffyandyoung.com

**Dyneon LLC**
Service via certified USPS: The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington DE 19801

**Kiddie-Fenwal, Inc.**
Service via email: KiddeDefendantsAFFF@daypitney.com

**Angus Fire**
Service via certified USPS: Angus Fire
141 Junny Road
Angier NC 27501

**The Ansul Company**
Service via certified USPS: Robert K. Aberg
131 W Wilson Street, Suite 101
Madison WI 53703

**Buckeye Fire Equipment Co**
Service via email: mcarpenter@gastonlegal.com and msingleton@gastonlegal.com
And via regular mail: Michael L. Carpenter
Gray, Layton, Kersh, Solomon, Furr @ Smith, P.A.
516 S New Hope Road
P.O. Box 2636
Gastonia NC 28053

**Chemguard, Inc.**
Service via email: mdlafff@jci.com and afffservice@wc.com

**National Foam, Inc.**
Service via email: smithkei@gtlaw.com

**Tyco Fire Products, LP**
Service via email: mdlafff@jci.com and afffservice@wc.com

**Tyco International, PLC**
Service via certified USPS:   Tyco International (US) Inc.on behalf of Tyco International, PLC
The Corporation Trust Company, Registered Agent
820 Bear Tavern Rd
West Trenton NJ 08628

**Johnson Controls International, PLC**
Service via certified mail:   Johnson Controls Inc. on behalf of Johnson Controls International, PLC
C T Corporation System, Registered Agent
301 S. Bedford St. Suite 1
Madison WI 53703